IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-067-RJC-DCK

| CMD, LLC, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER** |
| POLLARD AIRCRAFT SALES, INC., et al., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion To Stay Deadline For Submission Of Certificate Of Initial Attorneys Conference (CIAC) And Discovery Plan" (Document No. 10) filed April 5, 2022. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

By the instant motion, the parties indicate that they wish to stay the deadline for submission of their Certificate of Initial Attorneys' Conference because they are "close to [a] resolution" and settlement of the case. (Document No. 10, p. 2).

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Motion To Stay Deadline For Submission Of Certificate Of Initial Attorneys Conference (CIAC) And Discovery Plan" (Document No. 10) is **GRANTED**. The parties' deadline to file a Certificate of Initial Attorneys' Conference is **STAYED** until **May 5, 2022**.

**IT IS FURTHER ORDERED** that the parties shall file a Stipulation of Dismissal on or before **May 5, 2022**. If the parties fail to reach a settlement, they shall promptly file their Certificate of Initial Attorneys' Conference by **May 5, 2022**.

**SO ORDERED**.

Signed: April 6, 2022

*/s/ David C. Keesler*
David C. Keesler
United States Magistrate Judge